1 | LINDAHL BECK LLP
Kelley K. Beck, State Bar No. 089030
[kbeck@lindahlbeck.com]
John T. Lupton, State Bar No. 247276
[jlupton@lindahlbeck.com]
601 S. Figueroa Street
Suite 4400
Los Angeles, California 90017-5749
(213) 488-3900
(213) 486-9883 Facsimile

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF ILLINOIS
(erroneously named and sued as SAFECO INSURANCE COMPANY, a non-existent entity, and SAFECO INSURANCE COMPANY OF AMERICA)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MARTIN T. FORNADLEY, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY AND DOES 1 THROUGH 10, <br><br> Defendants. | CASE NO.: 2:17−cv−04202 GW (SKx) <br><br> [Proposed] JUDGMENT <br><br> Date: December 21, 2017 <br> Time: 8:30 a.m. <br> Courtroom: 9D <br> Judge: George Wu |

This action came on for hearing before the Court on December 21, 2017, the Honorable George Wu, District Judge Presiding, on the Motion for Summary Judgment of Defendant Safeco Insurance Company of Illinois ("Safeco"). The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

The Court finds there is no genuine issue of material fact and Safeco

-1-

LINDAHL BECK LLP
601 S. Figueroa Street
Suite 4400
Los Angeles, CA 90017-5749
(213) 488-3900

[Proposed] JUDGMENT        2:17−cv−04202 GW (SKx)

is entitled to judgment declaring that Plaintiff Larry Benner ("Benner") was an "*insured*" under Safeco homeowners insurance policy no. OX5969654 ("Policy") at the time of his alleged injuries, the Policy excludes liability coverage for bodily injuries to any *insured*, and Safeco therefore has no duty to defend or indemnify Plaintiff Estate of Martin T. Fornadley ("Estate") in the action entitled *Larry Benner v. Estate of Martin T. Fornadley*, San Luis Obispo Superior Court Case No. 17CVP-0090, or otherwise provide coverage for Benner's alleged damages. This action is dismissed on the merits, Plaintiffs Estate and Benner shall take nothing and Safeco shall recover its costs.

IT IS SO ORDERED AND ADJUDGED.

Dated: 12/27/17

_____
Judge of the United States District Court

LINDAHL BECK LLP
601 S. Figueroa Street
Suite 4400
Los Angeles, CA 90017-5749
(213) 488-3900